456 A.2d 1341

COMMONWEALTH of Pennsylvania

v.

Nathaniel ANDERSON, Appellant.

Supreme Court of Pennsylvania.

Submitted Jan. 24, 1983.

Decided March 11, 1983.

George Gershenfeld, Philadelphia (Court-appointed), for appellant.

Robert B. Lawler, Chief, Appeals Div., Robert Ciaffa, Asst. Dist. Attys., Philadelphia, for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

## ORDER

PER CURIAM.

The Order of the Court of Common Pleas of Philadelphia is affirmed.